E-647 1/2 Top Transcript Cover (Rev. 9-1-97) Letter Size       S/M, Inc., Dallas, Texas 1-800-648-7022

601,280-04

# CLERK'S RECORD

I                    I

Volume _____ of _____

Trial Court Cause No. _____ 30817 _____

In the _____ 3RD JUDICIAL DISTRICT _____ Court

of _____ ANDERSON _____ County, Texas.

~~PAM FOSTER FLETCHER~~

Honorable _____ , Judge Presiding

RECEIVED IN

EX PARTE: NICHOLAS ANTHONY CONNER TDCJ#1140748 CRIMINAL APPEALS

_____ , Plaintiff(s)

vs.

NOV 20 2015

_____ , Defendant(s)

Appealed to the                    Abel Acosta, Clerk
COURT OF APPEALS FOR THE STATE OF TEXAS AT AUSTIN, TEXAS

Attorney for appellant(s): NICHOLAS CONNER TDCJ#1140748

Name _____

Address _____ ALLEN B. POLUNSKY UNIT 3872 FM 350 S. LIVINGSTON, TEXAS 77351 _____

Telephone No. _____ N/A _____

Fax No. _____ N/A _____

SBOT No. _____ PRO-SE _____

Attorney for: _____ NICHOLAS CONNER TDCJ#1140748 _____ , Appellant(s)

COURT OF CRIMINAL APPEALS FOR THE STATE OF TEXAS AT AUSTIN, TEXAS

Delivered to the _____ 16TH _____ NOVEMBER _____ 2015

on the _____ day of _____ , _____.

Signature of Clerk _____ Becky Brewster _____ , DEPUTY
                                                   JANICE STAPLES

Name of Clerk _____ DISTRICT CLERK, ANDERSON COUNTY _____

Title _____

Appellate Court Cause No. _____

Filed in the _____

this _____ day of _____ , _____.

_____ , Clerk

By _____ , Deputy

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## ORDER ADOPTING SUMMARY SHEET

## FOR POST-CONVICTION APPLICATIONS FOR

## WRIT OF HABEAS CORPUS

Ex Parte: <u>NICHOLAS CONNOR</u>
(Name of Applicant)

**Application of Writ of Habeas Corpus**
from ANDERSON County
3RD Judicial District Court

## TRIAL COURT WRIT NO. <u>30817</u>

## CLERK'S SUMMARY SHEET

APPLICANT'S NAME: NICHOLAS CONNER
(As reflected in judgment)

OFFENSE: AGGRAVTED ASSULT CAUSES SERIOUS BODILY INJURY
(As reflected in judgment)

CAUSE NO: 30817
(As reflected in judgment)

PLEA: _____ GUILTY ___X___ NOT GUILTY _____

SENTENCE: 2 YEARS TDCJ-ID
(Terms of years reflected in judgment)

TRIAL DATE: 12.17.2012

JUDGE'S NAME: BASCOM W. BENTLEY
(Judge presiding at trial)

APPEAL NO:
(If applicable)

CITATION TO OPINION: _____ S.W. 3d_____
(If applicable)

HEARING HELD: _____ YES __X___NO
(Pertaining to the application for writ of habeas corpus)

FINDINGS & CONCLUSIONS FILED: _____YES__X___NO
(Pertaining to the application for writ of habeas corpus)

RECOMMENDATION: ____GRANT ____DENY __X__NONE
(Trial court's recommendation regarding application for writ of habeas corpus)

JUDGE NAME: BASCOM BENTLEY III
(Judge presiding over habeas corpus proceeding)

NAME OF COUNSEL IF APPLICANT IS REPRESENTED: N/A

# CAUSE NO. 30817

EX PARTE:                       *               IN THE 3RD JUDICIAL

NICHOLAS CONNOR          *               DISTRICT COURT

TDCJ # 1140748            *               ANDERSON COUNTY

## INDEX

CLERK'S CERTIFICATE OF NOTIFICATION OF NO FILING ................................................. 1

i

## CAUSE NO. 30817

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE 3RD JUDICIAL DISTRICT** |
| **VS.** | § | **COURT OF** |
| **NICHOLAS CONNOR** | § | **ANDERSON COUNTY, TEXAS** |

This is to certify that in the above numbered and entitled case a post-conviction application for writ of habeas corpus was not received or filed on January 19, 2013, in the 3rd Judicial District Court, and further, as clerk of this court, I hereby certify that the Relator did not file an application for a writ of habeas corpus in Anderson County until the application file-stamped May 1, 2014.

However, in my review of the file, I discovered an application for writ of habeas corpus that was filed in this court on December 26, 2013, that was not forwarded to the Court of Criminal Appeals, and is being forwarded to the Court of Criminal Appeals under separate cover.

**SO CERTIFIED** this the 16th day of November 2015.

Janice G. Staples, District Clerk
500 North Church Street, Room 18
Palestine, Anderson County, Texas 75801

_Janice G. Staples_
District Clerk

Cc: Nicholas Anthony Connor #1140748
Polunsky Unit
3872 FM 350 S.
Livingston, Texas 77351

**THE STATE OF TEXAS**
**COUNTY OF ANDERSON**

I, JANICE STAPLES, CLERK OF THE DISTRICT COURT OF ANDERSON COUNTY, TEXAS, DO HEREBY CERTIFY THAT THE DOCUMENTS CONTAINED IN THIS RECORD TO WHICH THIS CERTIFICATION IS ATTACHED ARE ALL DOCUMENTS SPECIFIED BY THE TEXAS RULE OF APPELLATE PROCEDURE 34.5 (A) AND ALL OTHER DOCUMENTS TIMELY REQUESTED BY A PARTY TO THIS PROCEEDING UNDER TEXAS RULE OF APPELLATE PROCEDURE 34.5 (B).

**GIVEN UNDER MY HAND AND SEAL AT MY OFFICE IN ANDERSON COUNTY, TEXAS, THIS 16TH DAY OF NOVEMBER, 2015.**

SIGNATURE OF CLERK: _____, **DEPUTY**

NAME OF CLERK: **JANICE STAPLES**

TITLE: **DISTRICT CLERK ANDERSON COUNTY**

**CLERK'S CERTIFICATE**